Frank X. Ruggier, CLS-B (CA Bar No. 198863)
*frank@lsimonslaw.com*
LAW OFFICES OF LARRY D. SIMONS
15545 Devonshire Street, Suite 110
Mission Hills, California 91345
Telephone: 818.672.1778
Facsimile: 626.389.5607

Attorney for Plaintiff
Larry D. Simons, Chapter 7 Trustee

**FILED & ENTERED**

NOV 19 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gooch    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>MAGDALENA SOLEDAD MENDOZA,<br><br>　　　　　　　　　　　Debtor. | Case No. 6:20-bk-11045-WJ<br><br>CHAPTER 7<br><br>Adv. Case No. 6:21-ap-01086-WJ |
| LARRY D. SIMONS, Chapter 7 Trustee,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>ANGEL HERNANDEZ, an individual,<br><br>　　　　　　　　　　　Defendant. | **DEFAULT JUDGMENT AGAINST DEFENDANT ANGEL HERNANDEZ**<br><br>Hearing:<br>Date:　November 18, 2021<br>Time:　1:30 p.m.<br>Crtrm.: 304 |

The Court has entered a separate order granting the motion of the plaintiff Larry D. Simons, the chapter 7 trustee for the bankruptcy estate of Magdalena Soledad Mendoza, against the defendant Angel Hernandez for entry of default judgment. Good cause appearing, the Court hereby ORDERS as follows:

1. The trustee is awarded judgment against defendant Angel Hernandez in the amount of $4,000.

2. Payments made by the debtor to the defendant in the aggregate amount of $4,000 are hereby avoided pursuant to 11 U.S.C. § 547(b), and recovered for the benefit of the debtor's estate pursuant to 11 U.S.C. § 550.

3. Any claims of the defendant against the debtor's estate are disallowed pursuant to 11 U.S.C. § 502(d).

4. The trustee shall recover post-judgment interest from the defendant from the date of entry of this judgment until paid in full at the rate provided under 28 U.S.C. § 1961.

5. The trustee is awarded his costs in the amount of $350.

IT IS SO ORDERED.

Date: November 19, 2021

Wayne Johnson
United States Bankruptcy Judge